# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

JAMES EDWARDS, JR.,               *
                                  *
            Petitioner,           *        CIVIL ACTION NO.: 2:15-cv-130
                                  *
      v.                          *
                                  *
J.V. FLOURNOY,                    *
                                  *
            Respondent.           *

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 15. Petitioner James Edwards, Jr. ("Edwards") failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, Respondent's Motion to Dismiss is **GRANTED**. Dkt. No. 10. Edwards' Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Edwards leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this _____7_____ day of _____July_____, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)